NEW LONDON COUNTY, SUPERIOR COURT, SEPTEMBER,
A. D. 1785.

Isham, Administrator on the Estate of Benjamin Fitch,
v. Avery.

A deed, etc. of land, of which the grantor is disseized, is to every
purpose null and void.

Action of ejectment, for a piece of land that belonged to
Benjamin Fitch, deceased, whose estate was insolvent; de-
claring that said land was ordered by the Court of Probate
to be sold for the payment of said Fitch's debts, and that the
defendant had wrongfully entered into the possession of it,
and disseized the plaintiff thereof and still held the possession
thereof against law and right.

The defendant plead in bar — That the plaintiff as adminis-
trator aforesaid, pursuant to an order of the Court of Probate,
sold said land to       Daniels, and by deed, dated the
day of       duly executed, acknowledged and recorded, did
grant, bargain and sell said lands to said Daniels, for the
consideration of       and in and by said deed, did covenant
to warrant said lands to said Daniels against all claims and
demands in the law whatever, and that thereby the plaintiff
is estopped and debarred of demanding and recovering said
land against his own deed and warranty aforesaid.

The plaintiff replied — That true he did execute said deed
to said Daniels as aforesaid; yet he says, that at the time of
executing said deed aforesaid, to said Daniels, he the plaintiff
was disseized of said land by the defendant, and ousted of the
possession; and that the said Daniels was not in possession,
and by the statute of this state made to prevent the selling of
disputed titles, said deed is utterly void and of no effect, and
was so adjudged by the Superior Court, in an action of eject-
ment brought by said Daniels against the defendant to recover
said land.

To this replication a demurrer was given, and judgment —
that the reply is sufficient; for that said deed is void by the
statute in every part, and to every intent and purpose.